UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE DUNCAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>AMALGAMATED BANK,<br><br>Defendant. | Case No. 1:18-cv-00962-NGG-VMS<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
September 13, 2018

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law P.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel:(929) 575-4175
Joseph@jmizrahilaw.com
*Attorney for Plaintiff*

By: /s/ Sean J. Kirby
Sean J. Kirby, Esq.
Sheppard Mullin LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700
skirby@sheppardmullin.com
*Attorney for Defendant*

s/Nicholas G. Garaufis
9/17/18